Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIS GUERIN,<br>Plaintiff,<br>vs.<br>HYUNDAI CAPITAL AMERICA; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive,<br>Defendant(s). | Case No.<br><br>8:22-cv-01007-CJC-JDE<br><br>**NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to DEFENDANT EQUIFAX INFORMATION SERVICES LLC only. Plaintiff requests that this Honorable Court allows sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** November 21, 2022         **Law Offices of Todd M. Friedman, P.C**

                                By: s/ Todd M. Friedman
                                    Todd M. Friedman

# CERTIFICATE OF SERVICE

Filed electronically on November 21, 2022, with:

United States District Court CM/ECF system

Notification sent electronically on November 21, 2022 to:

To the Honorable Court, all parties and their Counsel of Record

                                         By: s/ Todd M. Friedman Esq.
                                                     Todd M. Friedman