LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Telephone: (323) 306-4234
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGIS GUERIN, | Case No. 8:22-cv-01007-CJC-JDE |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| HYUNDAI CAPITAL AMERICA; EQUIFAX INFORMATION SERVICES LLC; TRANS UNION LLC; and DOES 1-10, inclusive, | |
| Defendant(s). | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled in its entirety. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal with the remaining Defendant Equifax Information Services LLC will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: July 10, 2023      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiff

Notice of Settlement - 1

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On July 10, 2023, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following document: **NOTICE OF SETTLEMENT** on the interested parties in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on July 10, 2023, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
      Todd M. Friedman