# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGIS GUERIN,<br>Plaintiff,<br>vs.<br><br>HYUNDAI CAPITAL AMERICA;<br>EQUIFAX INFORMATION<br>SERVICES LLC; TRANS UNION<br>LLC; and DOES 1-10, inclusive,<br>Defendant(s). | Case No.<br><br>8:22-cv-01007-CJC-JDE<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: December 15, 2023

_____
Honorable Cormac J. Carney
United States District Judge

Order to Dismiss - 1